```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2793
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   CR. NO. S-05-504 DFL
                                  )
12          Plaintiff,            )   STIPULATION AND ORDER
                                  )   CONTINUING ARRAIGNMENT
13       v.                       )
                                  )   Date:  January 5, 2006
14  JOHN CLARK PALMER,            )   Time:  2:00 p.m.
                                  )   Judge: Hon. Gregory G. Hollows
15          Defendant.            )
    _____)
16
```

17   It is jointly requested and stipulated by the defendant and the
18 United States that the above referenced case which was calendared
19 for arraignment for December 19, 2005, at 2:00 p.m. be continued to
20 January 5, 2006, at 2:00 p.m.
21   This continuance is at the defendant's request.  Due to a
22 transportation problem and financial reasons, the defendant was
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

unable to travel from Nevada to Sacramento for the hearing on December 19, 2005.

DATED: December 21, 2005

          McGREGOR W. SCOTT
          United States Attorney

          /s/ MATTHEW STEGMAN
          MATTHEW STEGMAN
          Assistant U.S. Attorney

          QUIN DENVIR
          Federal Public Defender

          /s/ CARO MARKS
          CARO MARKS
          Assistant Federal Defender

## O R D E R

IT IS SO ORDERED.

DATED: December 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE