DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

**OK/HAV**

Attorney for Defendant
JOHN CLARK PALMER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S 05-504 DFL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| JOHN CLARK PALMER, | ) | |
| | ) | Date:      March 2, 2006 |
| Defendant. | ) | Time:      10:00 a.m. |
| | ) | Judge:    Hon. David F. Levi |
| _____ | ) | |


It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for March 2, 2006, may be continued to April 6, 2006, at 10:00 a.m.

Defense counsel has yet to have sufficient opportunity to confer with Mr. Palmer regarding resolution of this case (Mr. Palmer is in ill health and unable to travel to Sacramento from his home in Reno) but hopes to meet with him during the month of March.  Counsel are also considering the possibility of resolving the case in Reno via Federal Rule of Criminal Procedure 20, but additional time is needed to determine whether the case

1  is properly resolved without trial.  In order to have adequate time to

2  prepare and consult, the parties agree that time from the date of this

3  order through April 6, 2006, should be excluded under the Speedy Trial Act

4  pursuant to Local Code T4, Title 18, United States Code, Section

5  3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

6

7                                    Respectfully submitted,

8                                    DANIEL J. BRODERICK
                                     Acting Federal Public Defender

9

10 Dated: February 28, 2006          /s/ T. Zindel
                                     TIMOTHY ZINDEL
11                                   Assistant Federal Defender
                                     Attorney for JOHN CLARK PALMER

12

13                                   MCGREGOR SCOTT
                                     United States Attorney

14

15 Dated: February 28, 2006          /s/ T. Zindel for M. Stegman
                                     MATTHEW STEGMAN
16                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff

17

18 ////

19 ////

20 ////

21 ////

22 ////

23 ////

24 ////

25 ////

26 ////

27 ////

28

Stip. in E. Calcote                        **2**

**O R D E R**

The status conference is continued to April 6, 2006.  The court finds that a continuance is necessary to give counsel necessary time to prepare and meet with his client and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through April 6, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: 32/2006

_____
DAVID F. LEVI
United States District Judge