DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

**OK/HAV**

Attorney for Defendant
JOHN CLARK PALMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S 05-504 DFL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| JOHN CLARK PALMER, | ) | |
| | ) | Date:    April 6, 2006 |
| Defendant. | ) | Time:    10:00 a.m. |
| | ) | Judge:   Hon. David F. Levi |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for April 6, 2006, may be continued to April 20, 2006, at 10:00 a.m.

Defense counsel and the government are scheduled to meet on April 10 regarding the resolution of this case.  Mr. Palmer remains too ill to travel to Sacramento from his home in Reno.  For that reason, the parties intend to consider the possibility of resolving the case via Fed. R. Crim. P. 20, although a number of issues remain unresolved.  In order to have adequate time to prepare and consult, the parties agree that time from the

1   date of this order through April 20, 2006, should be excluded under the

2   Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code,

3   Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

4

5                                   Respectfully submitted,

6                                   DANIEL J. BRODERICK
                                    Acting Federal Defender

7

8   Dated: March 31, 2006           /s/ T. Zindel
                                    TIMOTHY ZINDEL
9                                   Assistant Federal Defender
                                    Attorney for JOHN CLARK PALMER

10

11                                  MCGREGOR SCOTT
                                    United States Attorney

12

13  Dated: March 31, 2006           /s/ T. Zindel for M. Stegman
                                    MATTHEW STEGMAN
14                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff

15

16                         **O R D E R**

17      The status conference is continued to April 20, 2006.  The court

18  finds that a continuance is necessary to give counsel necessary time to

19  prepare and meet with his client and that the ends of justice served by

20  granting a continuance outweigh the best interests of the public and the

21  defendant in a speedy trial.  Time is therefore excluded from the date of

22  this order through April 20, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A)

23  and (B)(iv).

24

25  DATED: _3/31/2006               /s/ David F. Levi
                                    HON. DAVID F. LEVI
26                                  United States District Judge

27

28