1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700          **OK/HAV**

5

6  Attorney for Defendant
   JOHN CLARK PALMER
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,    )   Case No. CR. S 05-504 DFL
                                )
13          Plaintiff,          )   **STIPULATION AND ORDER**
                                )   **CONTINUING STATUS CONFERENCE**
14     v.                       )   **AND EXCLUDING TIME**
                                )
15 JOHN CLARK PALMER,           )
                                )   Date:   April 20, 2006
16          Defendant.          )   Time:   10:00 a.m.
                                )   Judge:  Hon. David F. Levi
17 _____)

18

19     It is hereby stipulated and agreed between plaintiff, United States
20 of America, and defendant, John Clark Palmer, though their respective
21 attorneys, that the status conference scheduled for April 20, 2006, may
22 be continued to June 8, 2006, at 10:00 a.m.
23     Defense counsel and the government met as scheduled on April 10 and
24 settled several but not all issues between them.  The parties continue to
25 anticipate resolving the case under Rule 20 with Mr. Palmer entering a
26 guilty plea in Reno because his health has made travel exceedingly
27 difficult.  In order to have adequate time to prepare and consult, the
28 parties agree that time from the date of this order through June 8, 2006,

should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

```
                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Acting Federal Defender

Dated: April 19, 2006              /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for JOHN CLARK PALMER


                                   MCGREGOR SCOTT
                                   United States Attorney

Dated: April 19, 2006              /s/ T. Zindel for M. Stegman
                                   MATTHEW STEGMAN
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff
```

**O R D E R**

The status conference is continued to June 8, 2006. The court finds that a continuance is necessary to give counsel necessary time to prepare and meet with his client and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 8, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: April 21, 2006

```
                                   /s/ David F. Levi
                                   HON. DAVID F. LEVI
                                   United States District Judge
```