DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700          **OK/HAV**


Attorney for Defendant
JOHN CLARK PALMER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S 05-504 DFL | |
| Plaintiff, ) | **STIPULATION AND ORDER** | |
| ) | **CONTINUING STATUS CONFERENCE** | |
| v. ) | **AND EXCLUDING TIME** | |
| JOHN CLARK PALMER, ) | | |
| ) | Date: | June 8, 2006 |
| Defendant. ) | Time: | 10:00 a.m. |
| ) | Judge: | Hon. David F. Levi |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for June 8, 2006, may be continued to August 10, 2006, at 10:00 a.m.

Defense counsel awaits delivery of a draft plea agreement following discussions with the government.  The parties continue to anticipate resolving the case under Rule 20 with Mr. Palmer entering a guilty plea in Reno because his health has made travel exceedingly difficult.  In order to have adequate time to finalize the agreement and to prepare and execute the Rule 20 paperwork, the parties agree that time from the date

of this order through August 10, 2006, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: June 7, 2006           /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JOHN CLARK PALMER

                                      MCGREGOR SCOTT
                                      United States Attorney

Dated: June 7, 2006           /s/ T. Zindel for M. Stegman
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## O R D E R

The status conference is continued to August 10, 2006. The court finds that a continuance is necessary to give counsel time to complete negotiations and to prepare and execute Rule 20 paperwork and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through August 10, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: June 8, 2006

                                      DAVID F. LEVI
                                      United States District Judge