DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                **OK/HAV**


Attorney for Defendant
JOHN CLARK PALMER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No. CR. S 05-504 DFL |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| JOHN CLARK PALMER, | ) | |
| | ) | Date:   August 10, 2006 |
| Defendant. | ) | Time:   10:00 a.m. |
| | ) | Judge:  Hon. David F. Levi |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for August 10, 2006, may be continued to September 28, 2006, at 10:00 a.m.

Defense counsel awaits delivery of a draft plea agreement following discussions with the government.  The parties continue to anticipate resolving the case under Rule 20 with Mr. Palmer entering a guilty plea in Reno because his health has made travel exceedingly difficult.  In order to have adequate time to finalize the agreement and to prepare and execute the Rule 20 paperwork, the parties agree that time from the date

of this order through September 28, 2006, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

```
                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

Dated: August 9, 2006             /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for JOHN CLARK PALMER


                                  MCGREGOR SCOTT
                                  United States Attorney


Dated: August 9, 2006             /s/ T. Zindel for M. Stegman
                                  MATTHEW STEGMAN
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff
```

**O R D E R**

The status conference is continued to September 28, 2006. The court finds that a continuance is necessary to give counsel time to prepare and execute Rule 20 paperwork and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 28, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: August 9, 2006

_____
DAVID F. LEVI
United States District Judge