```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700
```

**OK/HAV**

Attorney for Defendant
JOHN CLARK PALMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-05-504 DFL |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JOHN CLARK PALMER, ) | |
| ) | Date:   September 28, 2006 |
| Defendant. ) | Time:   10:00 a.m. |
| ) | Judge:  Hon. David F. Levi |
| _____ ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for September 28, 2006, may be continued to November 9, 2006, at 10:00 a.m.

Counsel await preparation and review of the final plea agreement. The parties have agreed to resolve the case under Rule 20 with Mr. Palmer entering a guilty plea in Reno because his health has made travel exceedingly difficult. In order to have adequate time to finalize the agreement and to prepare and execute the Rule 20 paperwork, the parties agree that time from the date of this order through November 9, 2006,

should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

Dated: September 26, 2006  /s/ T. Zindel
                TIMOTHY ZINDEL
                Assistant Federal Defender
                Attorney for JOHN CLARK PALMER


                MCGREGOR SCOTT
                United States Attorney

Dated: September 26, 2006  /s/ T. Zindel for M. Stegman
                MATTHEW STEGMAN
                Assistant U.S. Attorney
                Attorney for Plaintiff

## O R D E R

The status conference is continued to November 9, 2006. The court finds that a continuance is necessary to give counsel time to prepare and execute a plea agreement and Rule 20 paperwork. The ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 9, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: September 28, 2006  /s/ David F. Levi
                HON. DAVID F. LEVI
                United States District Judge