```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                       OK/HAV


Attorney for Defendant
JOHN CLARK PALMER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-05-504 DFL |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v.  ) | **AND EXCLUDING TIME** |
| JOHN CLARK PALMER, ) | |
| Defendant. ) | Date: November 9, 2006 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Hon. David F. Levi |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for November 9, 2006, may be continued to December 14, 2006, at 10:00 a.m.

The parties have agreed to resolve the case under Rule 20 with Mr. Palmer entering a guilty plea in Reno but a final plea agreement has yet to be reached. In order to have adequate time to finalize the agreement and to prepare and execute the Rule 20 paperwork, the parties agree that time from the date of this order through December 14, 2006, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18,

United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

Dated: November 7, 2006       /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for JOHN CLARK PALMER


                                MCGREGOR SCOTT
                                United States Attorney

Dated: November 7, 2006       /s/ T. Zindel for M. Stegman
                                MATTHEW STEGMAN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


## O R D E R

The status conference is continued to December 14, 2006. The court finds that a continuance is necessary to give counsel time to prepare and execute a plea agreement and Rule 20 paperwork. The ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 14, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED:  November 9, 2006

                                /s/ David F. Levi
                                HON. DAVID F. LEVI
                                United States District Judge