```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814        OK/HAV
Telephone (916) 498-5700

Attorney for Defendant
JOHN CLARK PALMER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S-05-504 DFL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| JOHN CLARK PALMER, | ) | |
| | ) | Date:    December 14, 2006 |
| Defendant. | ) | Time:    10:00 a.m. |
| | ) | Judge:   Hon. David F. Levi |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for December 14, 2006, may be continued to January 25, 2006, at 10:00 a.m.

The parties have agreed to resolve the case under Rule 20 with Mr. Palmer entering a guilty plea in Reno. A draft plea agreement has been prepared but the parties continue to discuss guidelines calculations and a number of issues remain to be resolved. (Defense counsel is also unavailable on December 14, having been ordered to report that morning for further voir dire as a potential juror in a state capital case.) In order to have adequate time to finalize the agreement, to prepare and execute

the Rule 20 paperwork, and to assure continuity of counsel, the parties agree that time from the date of this order through January 25, 2007, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 11, 2006    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JOHN CLARK PALMER


MCGREGOR SCOTT
United States Attorney

Dated: December 11, 2006    /s/ T. Zindel for M. Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The status conference is continued to January 25, 2007. The court finds that a continuance is necessary to give counsel time to complete their proposed resolution and prepare the necessary paperwork. The ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and time is therefore excluded from the date of this order through January 25, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: December 14, 2006    /s/ David F. Levi
HON. DAVID F. LEVI
United States District Judge

Stip. U.S.A. v. Palmer                2