DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700          **OK/HAV**

Attorney for Defendant
JOHN CLARK PALMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-05-504 DFL |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JOHN CLARK PALMER, ) | |
| ) | Date:    January 25, 2007 |
| Defendant. ) | Time:    10:00 a.m. |
| ) | Judge:   Hon. David F. Levi |
| _____ ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for January 5 may be continued to March 8, 2007, at 10:00 a.m.

Although the parties had agreed to resolve the case under Rule 20 in Reno, Nevada, Mr. Palmer's health continues to deteriorate. Defense counsel seeks additional time to obtain recent medical records and to provide additional information to the government. The indictment in this case followed two other prosecutions of Mr. Palmer for related conduct in the Nevada and California state courts. He is presently repaying via monthly deductions money Social Security maintains he received unlawfully.

Because these circumstances may lead the parties to resolve the case differently, defense counsel seeks additional time for necessary investigation. The United States does not object to the request and further agrees that time from the date of this order through March 8, 2007, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

```
                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

Dated: January 24, 2007       /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for JOHN CLARK PALMER

                              MCGREGOR SCOTT
                              United States Attorney

Dated: January 24, 2007       /s/ T. Zindel for M. Stegman
                              MATTHEW STEGMAN
                              Assistant U.S. Attorney
                              Attorney for Plaintiff
```

**O R D E R**

The status conference is continued to March 8, 2007. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 8, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

```
DATED: January 25, 2007       /s/ David F. Levi
                              HON. DAVID F. LEVI
                              United States District Judge
```