DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700          **OK/HAV**

Attorney for Defendant
JOHN CLARK PALMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR. S-05-504 DFL |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JOHN CLARK PALMER, | ) | |
| Defendant. | ) | Date:   March 8, 2007<br>Time:   10:00 a.m.<br>Judge:  Hon. David F. Levi |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for March 8 may be continued to April 19, 2007, at 10:00 a.m.

The parties await copies of Mr. Palmer's medical records, which will help them decide how to proceed in the case. Defense counsel recently visited Mr. Palmer at home in Reno and has since asked government counsel to consider new alternatives to resolving the case. No decision will be reached until we obtain the medical records and confirm Mr. Palmer's condition. Because the circumstances may lead the parties to resolve the case differently, defense counsel seeks additional time for necessary

investigation. The United States does not object to the request and further agrees that time from the date of this order through April 19, 2007, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Defender

Dated: March 6, 2007        /s/ T. Zindel
                    TIMOTHY ZINDEL
                    Assistant Federal Defender
                    Attorney for JOHN CLARK PALMER

                    MCGREGOR SCOTT
                    United States Attorney

Dated: March 6, 2007        /s/ T. Zindel for M. Stegman
                    MATTHEW STEGMAN
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

**O R D E R**

The status conference is continued to April 19, 2007. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through April 19, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: March 9, 2007        /s/ David F. Levi
                    HON. DAVID F. LEVI
                    United States District Judge