DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                    **OK/HAV**

Attorney for Defendant
JOHN CLARK PALMER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No. CR. S-05-504 DFL |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JOHN CLARK PALMER, | ) | Date:   April 19, 2007 |
| Defendant. | ) | Time:   10:00 a.m. |
| | ) | Judge:  Hon. David F. Levi |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for April 19 may be continued to May 17, 2007, at 10:00 a.m.

The parties await copies of Mr. Palmer's medical records, which will help them decide how to proceed in the case.  No decision regarding resolution of the case can be reached until we obtain the medical records and confirm Mr. Palmer's condition.  Because the circumstances may lead the parties to resolve the case differently, defense counsel seeks additional time for necessary investigation.  The United States does not object to the request and further agrees that time from the date of this

order through April 19, 2007, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: April 19, 2007        /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JOHN CLARK PALMER

                                        MCGREGOR SCOTT
                                        United States Attorney

Dated: April 19, 2007        /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

The status conference is continued to May 17, 2007. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 17, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: April 26, 2007        /s/ David F. Levi
                                        HON. DAVID F. LEVI
                                        United States District Judge