```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700                    OK/HAV

 5

 6  Attorney for Defendant
    JOHN CLARK PALMER
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR. S-05-504 DFL |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| JOHN CLARK PALMER, | ) | |
| | ) | Date:  May 17, 2007 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. David F. Levi |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for May 17 may be continued to June 28, 2007, at 10:00 a.m.

The parties have agreed to further consult with Mr. Palmer's treating physician in Reno regarding his present and future mobility, which will help them decide how to proceed in the case.  To complete this review, the parties agree that time under the Speedy Trial Act should be excluded

/////

/////

from the date of this order through June 28, 2007, pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

Dated: May 15, 2007          /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for JOHN CLARK PALMER

                                         MCGREGOR SCOTT
                                         United States Attorney

Dated: May 15, 2007          /s/ T. Zindel for M. Stegman
                                         MATTHEW STEGMAN
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

The status conference is continued to June 28, 2007. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 28, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: May 17, 2007          /s/ David F. Levi
                                         HON. DAVID F. LEVI
                                         United States District Judge