```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5

 6  Attorney for Defendant
    JOHN CLARK PALMER
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR. S-05-504 DFL |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JOHN CLARK PALMER, | ) | Date:  July 3, 2007 |
| Defendant. | ) | Time:  9:00 a.m. |
|  | ) | Judge: Hon. D. Lowell Jensen |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for July 3 may be continued to August 14, 2007, at 9:00 a.m.

The parties have agreed to further consult with Mr. Palmer's treating physician in Reno regarding his present and future mobility, which will help them decide how to proceed in the case. To complete this review, the parties agree that time under the Speedy Trial Act should be excluded

/////

/////

from the date of this order through August 14, 2007, pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  June 27, 2007        /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for JOHN CLARK PALMER

                             MCGREGOR SCOTT
                             United States Attorney

Dated:  June 27, 2007        /s/ T. Zindel for M. Stegman
                             MATTHEW STEGMAN
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**

The status conference is continued to August 14, 2007.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 14, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: July 2, 2007          /s/ D. Lowell Jensen
                             HON. D. LOWELL JENSEN
                             United States District Judge

Stip. in U.S.A. v. Palmer                    2