DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
JOHN CLARK PALMER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No. CR. S-05-504 DLJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| JOHN CLARK PALMER, | ) | |
| | ) | Date:   August 14, 2007 |
| Defendant. | ) | Time:   9:00 a.m. |
| | ) | Judge:  Hon. D. Lowell Jensen |
| _____ | ) | |

    It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for August 14 may be continued to October 9, 2007, at 9:00 a.m.

    The parties have agreed to further consult with Mr. Palmer's treating physician in Reno regarding his present and future mobility, which will help them decide how to proceed in the case, but have yet to have the necessary discussion because of defense counsel's need to intercede to assure Mr. Palmer's continued receipt of Social Security benefits. To complete this review, the parties agree that time under the Speedy Trial

Act should be excluded from the date of this order through October 9, 2007, pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:  August 9, 2007              /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JOHN CLARK PALMER

                                    MCGREGOR SCOTT
                                    United States Attorney


Dated:  August 9, 2007              /s/ T. Zindel for M. Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

The status conference is continued to October 9, 2007. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 9, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: August 10, 2007            /s/ D. Lowell Jensen
                                  HON. D. LOWELL JENSEN
                                  United States District Judge

Stip. in U.S.A. v. Palmer                    2