DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOHN CLARK PALMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S-05-504 DLJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| JOHN CLARK PALMER, | ) | |
| | ) | Date: December 18, 2007 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. D. Lowell Jensen |
| _____ | ) | |

   It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for December 18, 2007 may be continued to January 29, 2008, at 9:00 a.m.

   Defense counsel requests this continuance as Mr. Palmer is presently hospitalized and unavailable, and additional time is needed to determine whether he will ever be in sufficient health to appear.  In order to make this determination, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through January 29, 2008,

pursuant to Title 18, United States Code, Section 3161 (h)(8)(A) and (B)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  December 17, 2007           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JOHN CLARK PALMER


                                    MCGREGOR SCOTT
                                    United States Attorney


Dated:  December 17, 2007           /s/ T. Zindel for M. Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

### O R D E R

The status conference is continued to January 29, 2008.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through January 29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: December 17, 2007

```
                                    /s/ D. Lowell Jensen
_____            HON. D. LOWELL JENSEN
                                    United States District Judge
```

Stip. in U.S.A. v. Palmer                           2