1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

6  Attorney for Defendant
   JOHN CLARK PALMER

9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,    )   Case No. CR. S-05-504 DLJ
                                )
14              Plaintiff,      )   **STIPULATION AND ORDER**
                                )   **CONTINUING STATUS CONFERENCE**
15         v.                   )   **AND EXCLUDING TIME**
                                )
16 JOHN CLARK PALMER,           )
                                )   Date:  January 29, 2008
17              Defendant.      )   Time:  9:00 a.m.
                                )   Judge: Hon. D. Lowell Jensen
18 _____)

20      It is hereby stipulated and agreed between plaintiff, United States
21 of America, and defendant, John Clark Palmer, though their respective
22 attorneys, that the status conference scheduled for January 29, 2008 may
23 be continued to February 26, 2008, at 9:00 a.m.
24      Defense counsel requests this continuance as Mr. Palmer has been
25 hospitalized and unavailable, and continues to have medical issues.
26 Additional time is needed to determine whether he will ever be in
27 sufficient health to appear.  In order to make this determination, the
28 parties agree that time under the Speedy Trial Act should be excluded from

the date of this order through February 26, 2008, pursuant to Title 18, United States Code, Section 3161 (h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: January 17, 2008      /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JOHN CLARK PALMER

                                        MCGREGOR SCOTT
                                        United States Attorney

Dated: January 17, 2008      /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

The status conference is continued to February 26, 2008 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 26, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: January 17, 2008              _____
                                          HON. D. LOWELL JENSEN
                                          United States District Judge