1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5

6  Attorney for Defendant
   JOHN CLARK PALMER

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )    Case No. CR. S-05-504 DLJ
                                )
14              Plaintiff,      )    **STIPULATION AND ORDER**
                                )    **CONTINUING STATUS CONFERENCE**
15         v.                   )    **AND EXCLUDING TIME**
                                )
16 JOHN CLARK PALMER,           )
                                )    Date:  February 26, 2008
17              Defendant.      )    Time:  9:00 a.m.
                                )    Judge: Hon. D. Lowell Jensen
18 _____)

19

20      It is hereby stipulated and agreed between plaintiff, United States

21 of America, and defendant, John Clark Palmer, though their respective

22 attorneys, that the status conference scheduled for February 26, 2008 may

23 be continued to April 1, 2008, at 9:00 a.m.

24      Defense counsel requests this continuance as Mr. Palmer has been

25 hospitalized and unavailable for some time, and continues to have medical

26 issues. Additional time is needed to determine whether he will ever be in

27 sufficient health to appear.  In order to make this determination, the

28 parties agree that time under the Speedy Trial Act should be excluded from

1   the date of this order through April 1, 2008, pursuant to Title 18, United

2   States Code, Section 3161 (h)(8)(A) and (B)(iv) (Local Code T4).

3

4                              Respectfully submitted,

5                              DANIEL J. BRODERICK
                               Federal Defender
6

7   Dated:   February 21, 2008     /s/ T. Zindel
                                   TIMOTHY ZINDEL
8                                  Assistant Federal Defender
                                   Attorney for JOHN CLARK PALMER
9

10                                 MCGREGOR SCOTT
                                   United States Attorney
11

12  Dated:   February 21, 2008     /s/ T. Zindel for M. Stegman
                                   MATTHEW STEGMAN
13                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
14

15                           **O R D E R**

16      The status conference is continued to April 1, 2008 at 9:00 a.m.

17  The court finds that a continuance is necessary for the reasons stated

18  above and further finds that the ends of justice served by granting a

19  continuance outweigh the best interests of the public and the defendant

20  in a speedy trial.  Time is therefore excluded from the date of this order

21  through April 1, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

22  Dated: February 21, 2008

23                                 _____

24                                 HON. D. LOWELL JENSEN
                                   United States District Judge
25

26

27

28                                 **2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28