1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5

6  Attorney for Defendant
   JOHN CLARK PALMER
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,  )   Case No. CR. S-05-504 DLJ
                              )
14              Plaintiff,    )   **STIPULATION AND ORDER**
                              )   **CONTINUING STATUS CONFERENCE**
15         v.                 )   **AND EXCLUDING TIME**
                              )
16 JOHN CLARK PALMER,         )
                              )   Date: April 1, 2008
17              Defendant.    )   Time: 9:00 a.m.
                              )   Judge: Hon. D. Lowell Jensen
18 _____  )

19

20     It is hereby stipulated and agreed between plaintiff, United States
21 of America, and defendant, John Clark Palmer, though their respective
22 attorneys, that the status conference scheduled for April 1, 2008 may be
23 continued to May 13, 2008, at 9:00 a.m.
24     The parties have agreed to resolve Mr. Palmer's case by Rule 20
25 transfer to Reno, and time is needed to prepare the necessary paperwork.
26 In order to complete this task, the parties agree that time under the
27 Speedy Trial Act should be excluded from the date of this order through
28 May 13, 2008, pursuant to Title 18, United States Code, Section 3161

1 | (h)(8)(A) and (B)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:   March 25, 2008             /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JOHN CLARK PALMER


                                    MCGREGOR SCOTT
                                    United States Attorney


Dated:   March 25, 2008             /s/ T. Zindel for M. Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

The status conference is continued to May 13, 2008 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through May 13, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: March 31, 2008

```
                                    /s/ D. Lowell Jensen
                                    HON. D. LOWELL JENSEN
                                    United States District Judge
```

**2**