```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
JOHN CLARK PALMER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-05-504 JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JOHN CLARK PALMER, ) | |
| ) | Date: June 24, 2008 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. John A. Mendez |
| _____ ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, JOHN CLARK PALMER, though their respective attorneys, that the status conference scheduled for June 24, 2008 may be continued to August 19, 2008, at 9:00 a.m.

The government recently advised defense counsel that it is willing to resolve this case as a misdemeanor in light of Mr. Palmer's medical condition and inability to appear in court.  Time is therefore needed to prepare the appropriate paperwork and to enter the plea necessary to resolution.  In order to complete this task, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through August 19, 2008, pursuant to Title 18, United States Code, Section 3161 (h)(8)(A) and (B)(iv) (Local Code T4).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  June 20, 2008        /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JOHN CLARK PALMER


                                    MCGREGOR SCOTT
                                    United States Attorney

Dated:  June 20, 2008        /s/ T. Zindel for M. Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

### O R D E R

The status conference is continued to August 19, 2008 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through August 19, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: June 20, 2008

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge