```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5
    Attorney for Defendant
 6  JOHN CLARK PALMER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br> JOHN CLARK PALMER,                  )<br>                                     )<br>            Defendant.               )<br> _____) | Case No. 2:CR-05-00504 JAM<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: August 19, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, JOHN CLARK PALMER, through their respective attorneys, that the status conference scheduled for August 19, 2008 may be continued to September 9, 2008, at 9:30 a.m.

The government recently advised defense counsel that it is willing to resolve this case as a misdemeanor in light of Mr. Palmer's medical condition and inability to appear n court.  Time is therefore needed to prepare the appropriate paperwork and to enter the plea necessary to resolution.  In order to complete this task, the parties agree that time

under the Speedy Trial Act should be excluded from the date of this order through September 9, 2008, pursuant to Title 18, United States Code, Section 3161 (h)(8)(A) and (B)(iv) (Local Code T4).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: August 14, 2008       /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JOHN CLARK PALMER

                                      MCGREGOR SCOTT
                                      United States Attorney

Dated: August 14, 2008       /s/ T. Zindel for M. Stegman
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## O R D E R

The status conference is continued to September 9, 2008 at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 9, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: August 14, 2008

                                      /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Judge

Stip and order                            **2**