```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5
    Attorney for Defendant
 6  JOHN CLARK PALMER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:CR-05-00504 JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JOHN CLARK PALMER, | ) | Date: September 9, 2008 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, JOHN CLARK PALMER, through their respective attorneys, that the status conference scheduled for September 9, 2008 may be continued to October 21, 2008, at 9:30 a.m.

The government recently advised defense counsel that it is willing to resolve this case as a misdemeanor in light of Mr. Palmer's medical condition and inability to appear in court. Time is therefore needed to prepare the appropriate paperwork and to enter the plea necessary to resolution. In order to complete this task, the parties agree that time

under the Speedy Trial Act should be excluded from the date of this order through October 21, 2008, pursuant to Title 18, United States Code, Section 3161 (h)(8)(A) and (B)(iv) (Local Code T4).

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
Federal Defender

Dated: September 8, 2008     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JOHN CLARK PALMER

                                              MCGREGOR SCOTT
United States Attorney

Dated: September 8, 2008     /s/ T. Zindel for M. Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

The status conference is continued to October 21, 2008 at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 21, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: September 8, 2008

                                              /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

Stip and order                                        **2**