DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
JOHN CLARK PALMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:CR-05-00504 JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JOHN CLARK PALMER, ) | |
| ) | Date: October 21, 2008 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. John A. Mendez |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, JOHN CLARK PALMER, through their respective attorneys, that the status conference scheduled for October 21, 2008 may be continued to December 2, 2008, at 9:30 a.m.

    The government advised defense counsel that it is willing to resolve this case as a misdemeanor in light of Mr. Palmer's medical condition and inability to appear in court.  Time is therefore needed to prepare the appropriate paperwork and to enter the plea necessary to resolution.  In order to complete this task, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through December

2, 2008, pursuant to Title 18, United States Code, Section 3161 (h)(8)(A) and (B)(iv) (Local Code T4).

```
                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


Dated:  October 20, 2008      /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for JOHN CLARK PALMER


                              MCGREGOR SCOTT
                              United States Attorney


Dated:  October 20, 2008      /s/ T. Zindel for M. Stegman
                              MATTHEW STEGMAN
                              Assistant U.S. Attorney
                              Attorney for Plaintiff
```

**O R D E R**

The status conference is continued to December 2, 2008 at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 2, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: October 20, 2008

```
                              /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Judge
```

**2**