DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
JOHN CLARK PALMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:CR-05-00504 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| JOHN CLARK PALMER, | ) | |
| | ) | Date: December 2, 2008 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

 IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, JOHN CLARK PALMER, through their respective attorneys, that the status conference scheduled for December 2, 2008 may be continued to January 13, 2009, at 9:30 a.m.

 The government advised defense counsel that it is willing to resolve this case as a misdemeanor in light of Mr. Palmer's medical condition and inability to appear in court.  Time is therefore needed to prepare the appropriate paperwork and to enter the plea necessary to resolution.  In order to complete this task, the parties agree that time under the Speedy

Trial Act should be excluded from the date of this order through January 13, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

```
                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

Dated:  November 25, 2008          /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for JOHN CLARK PALMER


                                   MCGREGOR SCOTT
                                   United States Attorney


Dated:  November 25, 2008          /s/ T. Zindel for M. Stegman
                                   MATTHEW STEGMAN
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff
```

**O R D E R**

The status conference is continued to January 13, 2009 at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 13, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: November 25, 2008

```
                                   /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   United States District Judge
```

Stip and order                              **2**