DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOHN CLARK PALMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br> JOHN CLARK PALMER,          )<br>                             )<br>            Defendant.       )<br>                             )<br>_____) | Case No. 2:CR-05-00504 JAM<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: January 13, 2009<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, JOHN CLARK PALMER, through their respective attorneys, that the status conference scheduled for January 13, 2009 may be continued to February 24, 2009, at 9:30 a.m.

Defense counsel is scheduled to meet with Mr. Palmer, who remains bed-ridden in Reno on February 13 in order to review the paperwork necessary to his plea in-absentia to a misdemeanor information. The parties expect the plea to be entered before the duty magistrate judge in February, obviating the need for any appearance before this Court. In order to complete this task, the parties agree that time under the Speedy

Trial Act should be excluded from the date of this order through February 24, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: January 9, 2009    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JOHN CLARK PALMER

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: January 9, 2009    /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

The status conference is continued to February 24, 2009 at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 24, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: January 9, 2009

                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge

Stip and order                            **2**