```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
JOHN CLARK PALMER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-CR-0504 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| JOHN CLARK PALMER, | ) | |
| | ) | Date:   February 24, 2009 |
| Defendant. | ) | Time:   9:30 a.m. |
| | ) | Judge:  Hon. John A. Mendez |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, John Clark Palmer, though their respective attorneys, that the status conference scheduled for February 24, 2009, may be continued to May 19, 2009, at 9:30 a.m.

The parties have entered an agreement to resolve the case as a misdemeanor, with defendant consenting to proceed before the Magistrate Judge. They have asked the Magistrate Judge to calendar the matter for February 26, 2009. Because the agreement provides for dismissal of the felony indictment after sentencing on the information, the above case should remain pending until sentencing in the misdemeanor case, with time

excluded from the date of this order through May 19, 2009, pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: February 15, 2009    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JOHN CLARK PALMER

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: February 15, 2009    /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

The status conference is continued to May 19, 2009. In light of the pending misdemeanor resolution, the court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 19, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: February 17, 2009
                                        /s/ John A. Mendez
                    HON. JOHN A. MENDEZ
                              United States District Judge