```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2973
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )   CR.S-05-504 JAM
                                 )
12              Plaintiff,       )
                                 )
13       v.                      )
                                 )   MOTION TO DISMISS INDICTMENT
14  JOHN CLARK PALMER,           )
                                 )
15              Defendant.       )
    _____)
16
17       Plaintiff United States of America, by and through its
18  undersigned counsel, pursuant to Fed. R. Crim. P. 48(a), moves to
19  dismiss the indictment filed against defendant JOHN CLARK PALMER on
20  November 17, 2005.  The defendant pled to a misdemeanor information
21  on February 26, 2009.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28
                                   1
```

1  Accordingly, the government moves to dismiss all charges against
2  JOHN CLARK PALMER in the pending indictment.
3  DATED: September 4, 2009            LAWRENCE G. BROWN
                                       United States Attorney
4
5
6                                By:   /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney
7
8                                ORDER
9     Based on the motion of the government, and GOOD CAUSE APPEARING
10 THEREFORE, the Court hereby orders that all charges against JOHN
11 CLARK PALMER in the pending indictment filed on November 17, 2005,
12 be hereby DISMISSED.
13    IT IS SO ORDERED.
14 DATED: 09/04/2009
15
16                                     /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
17                                     U.S. District Court Judge
18
19
20
21
22
23
24
25
26
27
28